PETRO NASSAU CORPORATION, Respondent, v. JULIUS AUSEREHL, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

ALEXANDRA ROBINSON and Others, Respondents, v. WOODSIDE-ASTORIA TRANSPORTATION CO., INC., Appellant and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

ANNA WEINDRUG, Respondent, v. LOUISE LEPORE and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

CATHERINE WELCH, Respondent, v. DONALD D. WELCH, Appellant.— Motion for leave to appeal to the Court of Appeals denied as unnecessary. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

WINDSOR INVESTING CORPORATION, Respondent, v. EMERALD REALTY COMPANY and Others, Defendants; 141 CONSTRUCTION CORPORATION and Another, Appellants.— Motion to remit case on appeal to the Supreme Court for a further resettlement denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

MAX AVERBACH, Appellant, v. SAMUEL ROSNER and LENA ROSNER, His Wife, Respondents.— Order denying plaintiff's motion to vacate notice of examination before trial affirmed, without costs, the respondents having failed to file a brief. The examination is to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

SYDNEY BORNSTEIN, Respondent, v. SPRING VALLEY WATER WORKS AND SUPPLY COMPANY, Appellant.— Judgment and order of the County Court of Rockland county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

HANNA CHRISTENSON, Appellant, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, and case set down for trial for the first Monday of April, 1934. It appearing here that the plaintiff is seventy-four years of age and not likely to live more than a year, we are of opinion that the preference should have been granted. Young, Kapper, Hagarty, Carswell and Davis, JJ., concur.